IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS LEE ANDERSON,

    Counter Plaintiff,                  JUDGMENT IN A CIVIL CASE

v.                                        Case No. 17-cv-119-jdp

BAYVIEW LOAN SERVICING, LLC,

    Counter Defendant.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered granting Bayview Loan Servicing, LLC's motion to dismiss and dismissing this case for lack of jurisdiction.

| /s/ | 3/20/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |